UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ROKSHANA MIAH ET ANO                    07 CV 4930 (CPS) (CLP)

                    Plaintiff,             **STIPULATION OF
                                        DISCONTINUANCE WITH
                                        PREJUDICE**

                    -against-

VALENTINE & KEBARTAS, INC.

                    Defendant.
-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*
_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

  s/Hon. Charles P. Sifton
_____
U.S.D.J.

3/19/08